UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRY BORDLEE** | * | **CIVIL ACTION NO:** |
| | * | |
| **VERSUS** | * | **SECTION: " "** |
| | * | |
| **SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY - WEST AND COASTAL PROTECTION AND RESTORATION AUTHORITY** | * * * * * | **JUDGE:** **MAGISTRATE JUDGE:** |

## PLAINTIFF'S ORIGINAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Terry Bordlee ("Plaintiff"), who files this Complaint against Defendants, Southeast Louisiana Flood Protection Authority – West ("SLFPA – West) and Coastal Protection and Restoration Authority ("CPRA") (together referred to as "Defendants"), as follows:

### PARTIES

**1.**

Plaintiff, Terry Bordlee, is a U.S. citizen and resident of Jefferson Parish, Louisiana.

**2.**

Defendant, Southeast Louisiana Flood Protection Authority – West, is a political subdivision of the State of Louisiana, an entity capable of suing and being sued.

**3.**

Defendant, Coastal Protection and Restoration Authority, is an agency or political subdivision of the State of Louisiana, an entity capable of suing and being sued.

1

## JURISDICTION

**4.**

The Court has jurisdiction over the lawsuit under 28 U.S.C. §1333 because the suit involves claims within its admiralty and maritime jurisdiction.

## VENUE

**5.**

Venue is proper pursuant to 28 U.S.C. § 1391.

## FACTS

**6.**

On or about May 21, 2019, Plaintiff was seriously injured when his vessel ran into a large piece of black, mesh material in the navigable waterways adjacent to Bayou Segnette State Park. Because of the color of the material and the fact that it was submerged under the water, Plaintiff was unable to see the material before his vessel struck it.

**7.**

As a result of this collision, Plaintiff suffered serious injuries to his neck, back and knees, as well as other parts of his body and mind.

**8.**

Upon information and belief, at all times material hereto, Defendants, SLFPA-West and CPRA were engaged in levee construction projects in the area and were the owners of and/or responsible for the mesh material which plaintiff struck in the navigable waterways near Bayou Segnette State Park.

## NEGLIGENCE AND/OR GROSS NEGLIGENCE

9.

33 Code of Federal Regulations Part 245.10 provides, in relevant part, that removal of wrecks or other obstructions within the navigable waters of the United States, is the primary responsibility of the owner, lessee or operator.

10.

The serious and debilitating injuries suffered by Plaintiff were caused by the negligence and/or gross negligence of Defendants, SLFPA – West and CPRA, in the following particulars, among others:

(a) failing to take reasonable precautions for Plaintiff's safety;

(b) failing to properly secure the mesh material to prevent it from entering the navigable waterway;

(c) failing to warn users of the navigable waterway of the presence of this hidden danger;

(d) failing to timely remove the obstruction from the navigable waterway; and

(c) other acts of negligence to be shown at trial herein.

## DAMAGES

11.

As a direct and proximate result of Defendants, SLFPA – West and CPRA's, negligence and/or gross negligence, Plaintiff suffered the following injuries and damages, including, but not limited to: (a) mental anguish in the past; (b) mental anguish that he is likely to sustain in the future; (c) lost earnings; (d) loss of earning capacity; (e) disfigurement; (f) physical impairment in the past; (g) physical impairment that he is likely to sustain in the future; (h) medical expenses in the past; (i) medical expenses that he is likely to incur in the future; (j) physical pain and

suffering in the past; (k) physical pain and suffering that he is likely to sustain in the future; (l) pecuniary and non-pecuniary damages to which he is entitled, including punitive damages.

**WHEREFORE**, Plaintiff prays for judgment against Defendants for: actual damages in an amount exceeding the jurisdictional limits of this Court; pre-judgment and post judgment interest; punitive damages and attorney's fees; costs of suit; and all other relief to which he may be entitled.

Respectfully Submitted,

**KOCH & SCHMIDT, LLC**


_/s/ R. Joshua Koch_
R. JOSHUA KOCH, JR., Bar Roll No. 7767
KATHERINE W. LYNCH, Bar Roll No. 36726
650 Poydras Street, Suite 2660
New Orleans, Louisiana   70130
Telephone: (504) 208-9040
Facsimile: (504) 208-9041
***ATTORNEYS FOR PLAINTIFF***